# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

LEE M. JOHNSON, DC# W40563

    Plaintiff,

v.                                  CASE NO.:  3:23-CV-941-WWB-MCR

OFFICER FISHLEY, ET AL.

    Defendants.

_____/

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Rules 7 and 8, Federal Rules of Civil Procedure, Defendant Officer Fishley ("Defendant") submits his Answer with defenses, affirmative defenses, and demand for jury trial in response to the Amended Complaint (Doc. 23). For any allegations not specifically admitted or denied, Defendant responds that he is without knowledge. Defendant Fishley, through the undersigned counsel, hereby answer Plaintiff's Amended Complaint (Doc.23) as follows:

**I.**     Parties  - (Doc. 23, p2)

    A. Plaintiff

    Admitted.

    B.  Defendants  (Doc. 23, p2-3)

    (1) and (3) admitted

    (2) and (4) dismissed by Plaintiff (Docs 35 - 37)

II.    Basis for jurisdiction (Doc. 1, p3)

    A.  Admitted that the Court has jurisdiction.

    B.  Denied that any of Plaintiff's constitutional rights were violated.

    C.  No response required.

Basis for Jurisdiction (Doc 23, p4)

1. Denied
2. Denied
3. Denied
4. Denied
5. Denied
6. Denied
7. Denied
8. Denied
9. Denied
10. Denied

    D.  Admitted that Defendant employed by Florida Department of Corrections.

III.    Prisoner Status

    Admitted that Plaintiff is a convicted and sentenced state prisoner.

IV. **Statement of claim** (Doc. 23, p 6)

    B. Admit that at time of allegations Plaintiff was at Florida State Prison.

    C. Denied

    D. Denied

V. **Injuries** (Doc. 23, p7)

    Denied.

VI. **Relief Requested** - (Doc. 23, p7) Defendants admit that Plaintiff is seeking injunctive, compensatory and punitive damages, Defendant denies that Plaintiff is entitled to any relief whatsoever.

**Statement of facts (Doc. 23**, p8-11)

1. Denied.
2. Denied
3. Denied
4. Denied
5. Denied
6. Denied

**Injuries (Doc. 23**, p12-13)

1. Denied

2. Denied

3. Denied

4. Denied

5. Denied

6. Denied

**Relief Sought (Doc. 23**, p14)

1. Defendants admit that Plaintiff is seeking injunctive relief, Defendant denies that Plaintiff is entitled to such relief.

2. Defendants admit that Plaintiff is seeking punitive and compensatory damages, Defendant denies that Plaintiff is entitled to such relief.

3. Defendants admit that Plaintiff is seeking punitive and compensatory damages, Defendant denies that Plaintiff is entitled to such relief.

4. Defendants admit that Plaintiff is seeking punitive and compensatory damages, Defendant denies that Plaintiff is entitled to such relief.

5. Defendants admit that Plaintiff is seeking punitive and compensatory damages, Defendant denies that Plaintiff is entitled to such relief.

**Defendants deny each and over allegation not admitted herein.**

**VII.    Exhaustion  -** (Doc. 23, p15)

A. Admitted that Plaintiff's allegations are while plaintiff was confined in Florida State Prison.

B. Admitted

C. Denied

D. Admitted that Plaintiff filed grievances concerning assaults on April 19 and 24, involving Fishley.

   Admitted that Plaintiff filed grievances concerning Monlezun not feeding him.

E. Admitted that Plaintiff filed some grievances at South Florida Reception Center and some at Florida State Prison.

   Admitted that some grievances concerned physical abuse, retaliation.

   Admitted that grievances regarding Fishley were approved from the standpoint that the allegations were reported.

   Denied that the rest of the grievances received no response.

   Denied that grievances were at the final step.

**Exhaustion Continued** (Doc 23, p17)

   Denied


F. (Doc 23, p18)

   1. Denied

    2. Denied

 G. Denied


**VIII. Previous lawsuits**  (Doc. 23, p18-21)

    Without knowledge and therefore denied.

**IX.   DEFENSES AND AFFIRMATIVE DEFENSES**

1. Plaintiff fails to state a cause of action against Defendant.

2. The Defendant pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure would assert that Plaintiff has failed to make sufficient allegations of ultimate fact from which it can be determined that a claim for relief has been stated.

3. Defendant has not deprived Plaintiff of any rights, privileges, or immunities secured by the United States Constitution.

4. Plaintiff is not entitled to any damages as Plaintiff has not suffered any injury caused by Defendant.

5. Defendant is entitled to qualified immunity for his actions relative to the incident set forth in Plaintiff's Complaint.

6. Plaintiff has failed to state a cause of action because there is no causal connection between Plaintiff's claimed injuries and action or inaction by Defendant as required for liability under 42 U.S.C. §1983.

7. The actions taken by Defendant about the incident were reasonable upon objective evaluation and not so grossly disproportionate to the need to take those actions so as to warrant recovery under 42 U.S.C. § 1983.

8. Plaintiff is responsible for and failed to mitigate his own injuries.

9. Plaintiff failed to exhaust his administrative remedies.

10. At all times material hereto, Defendant acted reasonably within his discretionary authority and in accordance with undisputed existing constitutional, statutory, and case law. Accordingly, Defendant is entitled to qualified immunity from monetary damage liability herein.

11. Punitive damages are barred pursuant to 18 U.S.C. §3626(a)(1)(A) and 18 U.S.C. §3626(g)(7).

## X.  RESERVATION OF RIGHTS TO AMEND AND SUPPLEMENT

Defendant reserves the right to amend and supplement these affirmative defenses adding such additional affirmative defenses as may appear to be appropriate upon further discovery being conducted in this case.

## VIII.  DEMAND FOR JURY TRIAL

Defendant demands a jury trial on all issues so triable.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

/s/Broderick Taylor
Broderick Taylor, Esq.
Senior Assistant Attorney General
Florida Bar No.: 0648574
1300 Riverside Blvd., Suite 405
Jacksonville, Florida 32207
Tel.: 904-456-6471
Broderick.Taylor@myfloridalegal.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true copy of the foregoing has been e-filed with the Clerk of the Court using the CM/ECF system which will send notification to counsel of record and that a true and correct copy of the foregoing and furnished by U.S. Mail to: Lee M. Johnson, DC# W40563, Union Correctional Institution, P.O. Box 1000, Raiford FL 32083, on May 20, 2024.

                                       /s/Broderick Taylor
                                       Broderick Taylor, Esq.